UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | ) | Case No. 06-02699-FLK7 |
| | ) | |
| BRANSON, EDWARD UNO | ) | |
| BRANSON, DIANE CHRISTINE | ) | |
| Debtors. | ) | |

TENDER OF UNCLAIMED FUNDS

TO:   The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington
There is tendered herewith, the sum of $.014 BEING MONIES WHICH ARE UNCLAIMED/CLAIMS DISTRIBUTION OF SMALL CHECKS in this case. The claimants entitled to these funds are as follows:

| Check No. | Claim # | Claimant | Amount |
|---|---|---|---|
| 127 | 3 | American Building & Roofing Inc | $.05 |
| | 8 | Catones Construction Cleanup | $.01 |
| | 11 | NACM | $.03 |
| | 20 | Inland NW Distributing Inc. | $.05 |
| | | | ==== |
| | | | $.14 |

DATED: September 10, 2009

　　　　　　　　　　　　　　　　　　　　　　/s/*Terry R. Nealey*
　　　　　　　　　　　　　　　　　　　　　Terry R. Nealey, Trustee