UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                                              )    Case No. 06-02699-FLK7
                                                    )
BRANSON, EDWARD UNO                                 )
BRANSON, DIANE CHRISTINE                            )
      Debtors.                                      )

### TENDER OF UNCLAIMED FUNDS

TO:   The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington
      There is tendered herewith, the sum of $1.17 BEING MONIES WHICH ARE
      UNCLAIMED/CLAIMS DISTRIBUTION OF SMALL CHECKS in this case. The
      claimants entitled to these funds are as follows:

| Check No. | Claim # | Claimant          | Amount |
|-----------|---------|-------------------|--------|
| 143       | 9       | Youngs Insulation | $.12   |
|           | 21      | Terry Lucas       | $.47   |
|           | 28      | TRA Industries    | $.58   |
|           |         |                   | ====   |
|           |         |                   | $1.17  |

DATED: March 19, 2010

                                /s/*Terry R. Nealey*
                              Terry R. Nealey, Trustee